```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                           ----oo0oo----
```

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, a
Connecticut corporation,                NO. CIV. 09-2147 WBS GGH

       Plaintiff,                       ORDER

  v.

THOMAS E. MARTIN, an
individual; DIANE CAROL
MARTIN, an individual; THOMAS
E. MARTIN, as trustee for the
THOMAS E. MARTIN TRUST,
established December 26, 2002;
DIANE CAROL MARTIN, as trustee
for the THOMAS E. MARTIN
TRUST, established December
26, 2002; BARBERRY LANE, LLC,
a California limited liability
company; EVAN ESTATES, LLC, a
California limited liability;
GV INVESTMENTS, LLC, a
California limited liability
company; LAKERIDGE COTTAGES,
LLC, a California limited
liability company; PINE GROVE,
LLC, a California limited
liability company; STEVENSON
AVENUE, LLC, a California
limited liability company; TDM
INVESTMENTS, LLC, a California
limited liability company; and
DOES 1-20,

       Defendants.
_____/

```
                           ----oo0oo----
```

1
2         On or before the close of business on August 6, 2009,
3   counsel for plaintiff shall advise the court whether this case
4   should be related to <u>Travelers Casualty and Surety Company of
5   America v. Natoma Valley Ridge, LLC, et al.</u>, Case No. 2:08-cv-
6   02715-JAM-JFM, pursuant to Local Rule 83-123.
7         IT IS SO ORDERED.
8   DATED:  August 5, 2009

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE