UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATOMA VALLEY RIDGE, LLC, ET AL.,<br><br>　　　　Defendants._____/ | NO. CIV. 08-2715 JAM JFM<br><br><br><br><br><br><u>RELATED CASE ORDER</u> |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMAS E. MARTIN, ET AL.,<br><br>　　　　Defendants._____/ | NO. CIV. 09-2147 WBS GGH |

----oo0oo----

　　　　Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123(a) because they involve the same plaintiff and two of the

1

1  same defendants.  Both cases also involve substantially similar
2  factual allegations concerning plaintiff's rights under indemnity
3  agreements allegedly entered into by the parties.  Accordingly,
4  the assignment of the matters to the same judge is likely to
5  effect a substantial saving of judicial effort and is also likely
6  to be convenient for the parties.
7       The parties should be aware that relating the cases
8  under Local Rule 83-123 merely has the result that both actions
9  are assigned to the same judge; no consolidation of the actions
10 is effected.  Under the regular practice of this court, related
11 cases are generally assigned to the judge and magistrate to whom
12 the first filed action was assigned.
13      IT IS THEREFORE ORDERED that the actions denominated
14 <u>Travelers Casualty and Surety Company of America v. Natoma Valley
15 Ridge, LLC, et al.</u>, Civ. No. 08-2715 JAM JFM, and <u>Travelers
16 Casualty and Surety Company of America v. Thomas Martin, et al.</u>,
17 Civ. No. 09-2147 WBS GGH, be, and the same hereby are, deemed
18 related, and the case denominated <u>Travelers Casualty and Surety
19 Company of America v. Thomas E. Martin, et al.</u>, Civ. No. 09-2147
20 WBS GGH, shall be reassigned to the Honorable JOHN A. MENDEZ and
21 Magistrate Judge John F. Moulds for all further proceedings.  Any
22 dates currently set in the reassigned case <u>only</u> are hereby
23 VACATED.  Henceforth, the caption on documents filed in the
24 reassigned case shall be shown as <u>Travelers Casualty and Surety
25 Company of America v. Thomas Martin, et al.</u>, Civ. No. 09-2147 JAM
26 JFM.
27      IT IS FURTHER ORDERED that the Clerk of the Court
28 make appropriated adjustment in the assignment of civil cases to

2

compensate for this reassignment.

DATED: August 6, 2009

                                                 /s/ John A. Mendez
                                                 U. S. DISTRICT COURT JUDGE