BENNETT J. LEE, Bar No. 230482
NICHOLAS A. MERRELL, Bar No. 240795
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
One Sansome Street, Suite 1050
San Francisco, CA 94104
Telephone: 415-623-7000
Facsimile: 415-623-7001
blee@wthf.com
nmerrell@wthf.com

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>          Plaintiff,<br><br>v.<br><br>THOMAS E. MARTIN, an individual; DIANE CAROL MARTIN, an individual; THOMAS E. MARTIN, as trustee for the THOMAS E. MARTIN TRUST, established December 26, 2002; DIANE CAROL MARTIN, as trustee for the THOMAS E. MARTIN TRUST, established December 26, 2002; BARBERRY LANE, LLC, a California limited liability company; EVAN ESTATES, LLC, a California limited liability company; GV INVESTMENTS, LLC, a California limited liability company; LAKERIDGE COTTAGES, LLC, a California limited liability company; PINE GROVE, LLC, a California limited liability company; STEVENSON AVENUE, LLC, a California limited liability company; TDM INVESTMENTS, LLC, a California limited liability company; and DOES 1-20,<br><br>          Defendants. | Case No. 2:09-CV-02147-JAM-JFM<br><br>**ORDER GRANTING TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S EX PARTE APPLICATION FOR ISSUANCE OF A WRIT OF ATTACHMENT AND RIGHT TO ATTACH ORDER**<br><br>DATE:    August 28, 2009<br>TIME:    9:00 a.m.<br>COURTROOM NO. 6 |

[PROPOSED] RIGHT TO ATTACH ORDER
AND ORDER FOR WRIT OF ATTACH.

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Travelers Casualty And Surety Company Of America ("Plaintiff") has submitted an application for a right to attach order and order for issuance of writ of attachment on property of Defendants Thomas E. Martin, Diane C. Martin, the Thomas E. Martin Trust, established December 26, 2002 ("Martin Trust"), Barberry Lane, LLC, Evan Estates, LLC, GV Investments, LLC, Lakeridge Cottages, LLC, Pine Grove, LLC, TDM Investments, LLC and Stevenson Avenue, LLC. (collectively, "Defendants").

## FINDINGS ON APPLICATION FOR ATTACHMENT

Having considered the papers, and any argument as the Court deems necessary, the Court hereby finds as follows:

1. Attachment is sought to secure recovery on a claim upon which attachment may issue under California Code of Civil Procedure section 483.010.

2. Attachment is sought for no purpose other than the recovery on a claim upon which the attachment is based.

3. The amount to be secured by the attachment is greater than zero.

4. Travelers established the probable validity of all the claims on which the writ of attachment would issue.

## ORDER

Based on the above findings, the Court hereby orders:

1. Plaintiff has a right to attach property of Defendants in the amount of $365,751.

2. Upon Travelers' filing of an undertaking in the amount of $10,000 (see California Code of Civil Procedure §§ 489.210 and 489.220), the Clerk shall issue a writ of attachment in the amount of $365,751 for the property of Defendants subject to attachment under Code of Civil Procedure section 487.010, described as follows:

    a. A lien, pursuant to California Code of Civil Procedure section 491.410, et. seq., in any money judgment or settlement proceeds otherwise payable to defendants Thomas E. Martin, Diane C. Martin, and the Martin Trust, in any pending court case, arbitration, mediation, hearing, administrative proceeding, or other proceeding.

    b. All of the Martin Trust's corporate property which is subject to attachment

[PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

PDF created with pdfFactory trial version www.pdffactory.com

pursuant to subdivision (a) of Code of Civil Procedure section 487.010.

    c.    Any and all interests held by Thomas E. Martin, Diane C. Martin, and the Martin Trust in accounts receivable and chattel paper arising out of their conduct of a trade, business or profession, except any such individual claim with a principal balance of less than one hundred fifty dollars ($150).

    d.    Any and all interests held by Thomas E. Martin, Diane C. Martin, and the Martin Trust in equipment.

    e.    Any and all interests held by Thomas E. Martin, Diane C. Martin, and the Martin Trust in farm products.

    f.    Any and all interests held by Thomas E. Martin, Diane C. Martin, and the Martin Trust in inventory.

    g.    Any and all interests held by Thomas E. Martin, Diane C. Martin, and the Martin Trust in money on the premises where a trade, business or profession is conducted by the defendant and, except for the first one thousand dollars ($1,000) in aggregate account balances and except for property exempt from attachment as set forth in this Order, money located elsewhere than on such premises and deposit accounts, including without limitation the following deposit accounts:

- U.S. Bank (located at 521 East Bidwell Street, Folsom, California) checking account in the name of Diane C. Martin, aka Dianne Amerson, Social Security No. xxx-xx-3653; and
- U.S. Bank (located at 521 East Bidwell Street, Folsom, California) safety deposit box in the name of Diane C. Martin, aka Dianne Amerson, Social Security No. xxx-xx-3653.

    h.    Any and all interests held by Thomas E. Martin, Diane C. Martin, and the Martin Trust in community property that would be subject to enforcement of judgment in this lawsuit.

    i.    Any and all interests in real property except leasehold estates with unexpired terms of less than one year of defendants Thomas E. Martin, Diane C. Martin, the Martin Trust and Stevenson Avenue, LLC (method of levy provided for by California Code of Civil Procedure, Chapter 8, Article 2, section 488.300, et seq., and sections

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. ATTORNEYS AT LAW

- 3 -     [PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

PDF created with pdfFactory trial version www.pdffactory.com

700.015 and 700.080) including, but not limited to:

Real property described as follows:

- 3490 Barberry Lane, Sacramento, California, Sacramento County APN No. 294-0106-004-0;

- 3490 Barberry Lane, Sacramento, California, Sacramento County APN No. 294-0106-010-0;

- 3490 Barberry Lane, Sacramento, California, Sacramento County APN No. 294-0106-011-0;

- 3199 Latham Lane, El Dorado Hills, California, El Dorado County APN No. 125-131-12-10;

- 439 Ala Wai Boulevard, South Lake Tahoe, California, El Dorado County APN No. 022-271-06-100;

- 895 Holley Court, Folsom, California, Sacramento County APN No. 071-1820-013;

- 8074 Jaden Lane, Fair Oaks, California, Sacramento County APN No. 244-0042-044;

- 7617 Rangeview Lane, Sacramento, California, Sacramento County APN No. 115-0191-012-0;

- 8235 Stevenson Avenue, Sacramento, California, Sacramento County APN No. 115-0191-011-0;

- 8245 Stevenson Avenue, Sacramento, California, Sacramento County APN No. 115-0191-017-0;

- 11063 and 11106 Campers Court, Redding, California, Shasta County APN No. 116-160-002-000;

- 2556 Grass Valley Highway, Auburn, California, Placer County APN No. 052-070-079-000;

- 4547 Carmen Drive, El Dorado Hills, California, El Dorado County APN No. 124-130-25-100;

- Unincorporated Area, known as "Washington Place" in Amador County, California, Amador County APN No. 038-170-014;

- Unincorporated Area, known as "Washington Place" in Amador County, California, Amador County APN No. 038-180-040;

- Unincorporated Area, known as "Washington Place" in Amador County, California, Amador County APN No. 038-180-042;

- Unincorporated Area, known as "Washington Place" in Amador County, California, Amador County APN No. 038-180-054;

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 4 -   [PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

PDF created with pdfFactory trial version www.pdffactory.com

- Stevenson Avenue, Sacramento, California, Sacramento County APN No. 115-0192-008;
- Stevenson Avenue, Sacramento, California, Sacramento County APN No. 115-0192-030;
- Stevenson Avenue, Sacramento, California, Sacramento County APN No. 115-0192-033;
- 8168 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-016;
- 8087 Goran Court, Sacramento, California, Sacramento County APN No. 115-1950-002;
- 8084 Goran Court, Sacramento, California, Sacramento County APN No. 115-1950-005;
- 8085 Goran Court, Sacramento, California, Sacramento County APN No. 115-1950-006;
- 8144 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-010;
- 8148 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-009;
- 8152 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-008;
- 8153 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-013;
- 8156 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-007;
- 8157 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-012;
- 8160 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-014; and
- 8161 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-011.

j. The following interests in real property except leasehold estates with unexpired terms of less than one year of defendants Barberry Lane, LLC, Evan Estates, LLC, GV Investments, LLC, Lakeridge Cottages, LLC, Pine Grove, LLC and TDM Investments, LLC (method of levy provided for by California Code of Civil Procedure, Chapter 8, Article 2, section 488.300, et seq., and sections 700.015 and 700.080):

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 5 -

[PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

PDF created with pdfFactory trial version www.pdffactory.com

Real property described as follows:

- 3490 Barberry Lane, Sacramento, California, Sacramento County APN No. 294-0106-004-0;
- 3490 Barberry Lane, Sacramento, California, Sacramento County APN No. 294-0106-010-0;
- 3490 Barberry Lane, Sacramento, California, Sacramento County APN No. 294-0106-011-0;
- 3199 Latham Lane, El Dorado Hills, California, El Dorado County APN No. 125-131-12-10;
- 439 Ala Wai Boulevard, South Lake Tahoe, California, El Dorado County APN No. 022-271-06-100;
- 895 Holley Court, Folsom, California, Sacramento County APN No. 071-1820-013;
- 8074 Jaden Lane, Fair Oaks, California, Sacramento County APN No. 244-0042-044;
- 7617 Rangeview Lane, Sacramento, California, Sacramento County APN No. 115-0191-012-0;
- 8235 Stevenson Avenue, Sacramento, California, Sacramento County APN No. 115-0191-011-0;
- 8245 Stevenson Avenue, Sacramento, California, Sacramento County APN No. 115-0191-017-0;
- 11063 and 11106 Campers Court, Redding, California, Shasta County APN No. 116-160-002-000;
- 2556 Grass Valley Highway, Auburn, California, Placer County APN No. 052-070-079-000;
- 4547 Carmen Drive, El Dorado Hills, California, El Dorado County APN No. 124-130-25-100;
- Unincorporated Area, known as "Washington Place" in Amador County, California, Amador County APN No. 038-170-014;
- Unincorporated Area, known as "Washington Place" in Amador County, California, Amador County APN No. 038-180-040;
- Unincorporated Area, known as "Washington Place" in Amador County, California, Amador County APN No. 038-180-042;
- Unincorporated Area, known as "Washington Place" in Amador County, California, Amador County APN No. 038-180-054;
- Stevenson Avenue, Sacramento, California, Sacramento County APN No. 115-0192-008;

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 6 -    [PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

PDF created with pdfFactory trial version www.pdffactory.com

- Stevenson Avenue, Sacramento, California, Sacramento County APN No. 115-0192-030;

- Stevenson Avenue, Sacramento, California, Sacramento County APN No. 115-0192-033;

- 8168 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-016;

- 8087 Goran Court, Sacramento, California, Sacramento County APN No. 115-1950-002;

- 8084 Goran Court, Sacramento, California, Sacramento County APN No. 115-1950-005;

- 8085 Goran Court, Sacramento, California, Sacramento County APN No. 115-1950-006;

- 8144 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-010;

- 8148 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-009;

- 8152 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-008;

- 8153 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-013;

- 8156 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-007;

- 8157 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-012;

- 8160 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-014; and

- 8161 Cliffe Way, Sacramento, California, Sacramento County APN No. 115-1950-011.

k. Negotiable documents of title, instruments, securities of defendants Thomas E. Martin, Diane C. Martin and the Martin Trust (method of levy provided for by California Code of Civil Procedure, Chapter 8, Article 2, section 488.300, et seq., and sections 700.020, 700.110, 700.120, and 700.130), but, at the election of Travelers, specifically excluding attachment of any interests in a partnership or limited liability company.

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 7 -  [PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

PDF created with pdfFactory trial version www.pdffactory.com

l. Any and all right, title and interest of defendants Thomas E. Martin, Diane C. Martin, the Martin Trust in any monies due or to become due under any policy of insurance, including but not limited to claims under any policy of insurance, including but not limited to claims under builder's risk, fire, employee dishonesty or workers' compensation insurance policies, including premium refunds and including the proceeds and products thereof.

3. Travelers' writ of attachment with respect to the real property located in El Dorado County at 4547 Carmen Drive, El Dorado, California, Assessor's Parcel Number 124-130-25-100, shall be subject to Thomas E. Martin and Diane C. Martin's collective homestead exemption of $150,000.

4. Disability retirement payments deposited into Diane C. Martin's checking account at Wells Fargo Bank, Account Number ending in 7220, are exempt from attachment.

5. Social security disability payments deposited into Diane C. Martin's savings account at Wells Fargo Bank, Account Number ending in 9365, are exempt from attachment.

6. Funds in the savings account at Wells Fargo Bank in the name of Paityn D. Heinsen, Account Number ending in 8702, are exempt from attachment.

7. Funds in the savings account at Wells Fargo Bank in the name of Evan Heinsen, Account Number ending in 8710, are exempt from attachment.

8. Funds in the savings account at Wells Fargo Bank in the name of Wyatt J. Amerson, Account Number ending in 1545, are exempt from attachment.

9. Funds in the savings account at Wells Fargo Bank in the name of Denali Amerson, Account Number ending in 1552, are exempt from attachment.

10. Funds in the checking account at Wells Fargo Bank in the name of the Lorraine St. John Trust, Account Number ending in 9576, are exempt from attachment.

11. Social security disability payments deposited into Thomas E. Martin's checking account at Wells Fargo Bank, Account Number ending in 1090, are exempt from attachment.

12. The Martins assert that the certificate of deposit formerly held in the name of Diane C. Martin at U.S. Bank at 6199 Sunrise Mall, Citrus Heights, California 95610, which the

[PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

PDF created with pdfFactory trial version www.pdffactory.com

Martins contend was purchased solely with funds traceable to a social security disability settlement, was withdrawn two months ago. As such, the proceeds of this certificate of deposit shall be exempt from attachment at this time, subject to discovery as to the disposition of this asset and its original source.

13. Pursuant to the stipulation of Thomas E. Martin and Travelers, all of Thomas E. Martin's interest in rental income arising out of the property located at 2556 and 2566 Grass Valley Highway, Auburn, California, APN 052-070-079-000, shall be used to pay the following obligations in the following order:

   a. All property taxes owed on the property located at 2556 and 2566 Grass Valley Highway, Auburn, California, APN 052-070-079-000;

   b. All mortgage payments owed to the lender with a first-position deed of trust on the property located at 2556 and 2566 Grass Valley Highway, Auburn, California, APN 052-070-079-000;

   c. All property taxes owed on the property located at 439 Ala Wai Boulevard, South Lake Tahoe, California, El Dorado County APN No. 022-271-06-100;

   d. All mortgage payments owed to the lender with a first-position deed of trust on the property located at 439 Ala Wai Boulevard, South Lake Tahoe, California, El Dorado County APN No. 022-271-06-100;

   e. All property taxes owed on the property located at 3199 Latham Lane, El Dorado Hills, California, APN 125-131-121; and

   f. All mortgage payments owed to the lender with a first-position deed of trust on the property located at 3199 Latham Lane, El Dorado Hills, California, APN 125-131-121.

///
///
///
///
///

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

[PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

PDF created with pdfFactory trial version www.pdffactory.com

14. To the extent there is any surplus of Thomas E. Martin's interest in rental income arising out of the property located at 2556 and 2566 Grass Valley Highway, Auburn, California, APN 052-070-079-000, after the payments set forth in paragraph 13 of this Order have been made in full, such surplus shall not be subject to attachment by Travelers pursuant to this Order.

**IT IS SO ORDERED**.

Dated: _September 28, 2009_____ /s/ John A. Mendez_____
UNITED STATES DISTRICT JUDGE

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

[PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR WRIT OF ATTACH.

PDF created with pdfFactory trial version www.pdffactory.com